SENIOR v. SUN PRINTING & PUBLISHING ASS'N.

(No. 5719.)

(Supreme Court, Appellate Division, First Department. May 1, 1914.)

LIBEL AND SLANDER (§ 80*)—SUFFICIENCY OF COMPLAINT.

Where the jury would be justified, from a consideration of the publication and innuendo, in finding that the publication was libelous per se, it was error to sustain a demurrer to the complaint.

[Ed. Note.—For other cases, see Libel and Slander, Cent. Dig. §§ 184–186; Dec. Dig. § 80.*]

Scott and Dowling, JJ., dissenting.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Special Term, New York County.

Action by Theresa Senior, an infant, etc., against the Sun Printing & Publishing Association. Motion for judgment on the pleadings denied, and demurrer to complaint sustained, and plaintiff appeals. Reversed, and motion granted, with leave to defendant to withdraw the demurrer and to answer.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Sumner B. Stiles, of New York City, for appellant.

James M. Beck, of New York City, for respondent.

PER CURIAM. We think, from a consideration of the publication and the innuendo, that the jury would be justified in finding that the publication was libelous per se, and therefore it was error to sustain the demurrer to the complaint.

It follows that the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs, with leave to the defendant to withdraw the demurrer and to answer, on payment of said costs.

SCOTT and DOWLING, JJ., dissent.